**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JAN 13 2021

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FERNANDO M. VIZCARRA, | No. 18-55631 |
| Plaintiff-Appellant, | D.C. No. 5:16-cv-01736-DFM |
| v. | |
| ANDREW M. SAUL, Commissioner of Social Security, | MEMORANDUM[*] |
| Defendant-Appellee. | |

Appeal from the United States District Court
for the Central District of California
Douglas F. McCormick, Magistrate Judge, Presiding

Submitted January 11, 2021[**]

Before:    GOODWIN, CANBY, and LEAVY, Circuit Judges.

Fernando M. Vizcarra appeals the district court's affirmance of the

Commissioner of Social Security's denial of his application for disability insurance

benefits and supplemental security income under Title II and Title XVI of the

Social Security Act.  We have jurisdiction under 28 U.S.C. § 1291 and 42 U.S.C. §

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

405(g). We review de novo, *Attmore v. Colvin*, 827 F.3d 872, 875 (9th Cir. 2016), and we affirm.

Vizcarra's sole argument on appeal is that the administrative law judge ("ALJ") erred by failing to resolve a purported conflict between the vocational expert's testimony and the Bureau of Labor Statistics' Occupational Outlook Handbook ("OOH") and an associated publication called the Occupational Information Network ("O*Net"). Vizcarra failed to raise this argument before the ALJ or the Appeals Council. Generally, where "claimants are represented by counsel, they must raise all issues and evidence at their administrative hearings in order to preserve them on appeal." *Meanel v. Apfel*, 172 F.3d 1111, 1115 (9th Cir. 1999). By failing to raise the claim before either the ALJ or the Appeals Council, Vizcarra has forfeited this argument. See *Shaibi v. Berryhill*, 883 F.3d 1102, 1109 (9th Cir. 2017).

Vizcarra contends that the ALJ had an obligation to consider the OOH *sua sponte* because the OOH is subject to administrative notice under 20 C.F.R. § 404.1566(d). This court rejected that argument in *Shaibi*, 883 F.3d at 1109-10 & n.6. The fact that *Shaibi* rejected the argument in the context of considering the number of jobs in the economy rather than the ability to perform particular jobs does not distinguish its reasoning or holding, which we apply here.

Forfeiture of an issue will be excused only when necessary to avoid a

manifest injustice.  *Meanel*, 172 F.3d at 1115.  Vizcarra has not demonstrated a

manifest injustice will result, and has forfeited his challenge to the ALJ's Step Five

determination.

**AFFIRMED**.

18-55631